# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **JOEY J. HICKS,** | **JUDGMENT IN A CIVIL CASE** |
| **Petitioner,** | |
| v. | 09-cv-425-bbc |
| **LINDA THOMAS, Warden,** **Metropolitan Correctional Center,** | |
| **Respondent.** | |

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

that the petition of Joey J. Hicks is DISMISSED WITHOUT PREJUDICE pursuant to Rule 4 of the Rules Governing Section 2254 Cases.

**PETER A. OPPENEER**
_____
**Peter A. Oppeneer, Clerk**

**Connie A. Korth**                                                                       7/24/09
_____                                       _____
**by Deputy Clerk**                                                                         **Date**